UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREEN ART PLUMBING SUPPLY, OKIN-WALLACK CORP. and WORLDHOMECENTER.COM, INC., | CIVIL CASE NO. 3:02-cv-1672-AVC |
| Plaintiffs, | |
| - against- | |
| ECLIPSE, INC. and INTUIT, INC., | APRIL 21, 2005 |
| Defendants. | |

### STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS TO ANY PARTY

It is hereby stipulated and agreed that this action be and hereby is dismissed with prejudice and without costs to any party.

WILLINGER, WILLINGER & BUCCI, P.C.
855 Main Street
Bridgeport, CT  06604
Tel: (203) 366-3939
Attorneys for Plaintiffs

By: _____
Thomas Bucci, Esq.
Fed. Bar #ct07805

ROBINSON & COLE, LLP
Financial Centre
695 East Main Street
Stamford, CT  06904-2305
Tel: (203) 462-7500
Attorneys for Defendants

By: _____
John F.X. Peloso, Esq.
Fed. Bar # 02447

LAWRENCE R. LONERGAN, P.C.
275 Seventh Avenue, 25th Floor
New York, NY 10001
Tel: (212) 206-9071
Co-Counsel for Plaintiffs,
Admitted Pro Hac Vice

By: _____
Lawrence R. Lonergan, Esq.
[LL 4744]

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Stipulation of Dismissal was served by first-class mail, postage prepaid on this 29th day of April, 2005 to:

Thomas Bucci, Esq.
Willinger, Willinger & Bucci, P.C.
855 Main Street
Bridgeport, CT  06604

Lawrence R. Lonergan, Esq.
Lawrence R. Lonergan, P.C.
275 Seventh Avenue, 25th Floor
New York, NY  10001

_____
John F.X. Peloso, Jr.